IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE DAVIS,

    Petitioner,                    No. CIV S-03-00426 GEB GGH P

    vs.

D.K. BUTLER, et al.,

    Respondents.                <u>ORDER</u>

_____/

        On July 5, 2005, petitioner filed a motion to substitute parties. Petitioner requests that Diana Butler be substituted for David Runnels as respondent. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 5, 2005, motion to substitute parties is granted; Diana Butler is substituted as respondent;

        2. The hearing set for August 18, 2005, as to this motion is vacated.

DATED: 7/12/05

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

ggh:kj
dav426.ord