IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE DAVIS,

    Petitioner,                  No. CIV S-03-00426 GEB GGH P

    vs.

K. PROSPER, et al.,

    Respondents.              <u>AMENDED ORDER</u>

_____/

        On July 5, 2005, petitioner filed a motion to substitute parties. Petitioner requests that K. Prosper be substituted for D. Butler as respondent. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 5, 2005, motion to substitute parties is granted; K. Prosper is substituted as respondent;

        2. The hearing set for August 18, 2005, as to this motion is vacated.

DATED: 7/18/05

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

ggh:kj
dav426.or(2)