1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 BRUCE DAVIS,
12         Petitioner,                No. CIV S-03-0426 GEB GGH P
13      vs.
14 D.K. BUTLER, et al.,
15         Respondents.               ORDER
16 _____/
17         Petitioner, a state prisoner proceeding through
18 counsel, has filed this application for a writ of habeas corpus
19 pursuant to 28 U.S.C. § 2254.  The matter was referred to a
20 United States Magistrate Judge pursuant to 28 U.S.C.
21 § 636(b)(1)(B) and Local General Order No. 262.
22         On June 20, 2005, the magistrate judge filed findings
23 and recommendations herein which were served on all parties and
24 which contained notice to all parties that any objections to the
25 findings and recommendations were to be filed within twenty days.
26

1

Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 20, 2005, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

Dated:   August 19, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge