IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE DAVIS,

    Petitioner,                   2:03-cv-0426-GEB-GGH-P

  vs.

K. PROSPER, et al.,

    Respondent.                ORDER

_____/

        Petitioner has timely filed a notice of appeal of this court's August 22, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate

1

which specific issue or issues satisfy" the requirement.  Id. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'"  Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition:  1) petitioner's motion to sever was denied in violation of his right to due process; 2) petitioner was denied his right to present evidence and confront witnesses in violation of the Sixth Amendment; 3) inherently suggestive photographic identification evidence was admitted in violation of the Fourteenth Amendment; and 4) there was insufficient evidence in violation of the Fourteenth Amendment.

////
////
////
////
////

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applies to issuance of a certificate of probable cause. Jennings, 290 F.3d at 1010.

2

1        Accordingly, IT IS HEREBY ORDERED that a certificate of
2   appealability is issued in the present action.
3   Dated:  September 16, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge